# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-805
LT Case No. 2016-31648-CICI

_____

ROBERT WILLIAMS a/k/a Robert
D. Williams,

    Appellant,

    v.

NATIONSTAR MORTGAGE, LLC,
M&T BANK a/k/a Manufacturers
and Traders Trust Company,
ANGEL WILLIAMS a/k/a Angel R.
Williams, BETTE COVELL,
MICHELLE PRAYLOR, and
HAROLD PRAYLOR,

    Appellees.

_____


On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Robert Williams, Daytona Beach, pro se.

Dorrella L. Gallaway, of Troutman Pepper Hamilton Sanders
LLP, Atlanta, Georgia, for Appellee Nationstar Mortgage, LLC.

No Appearance for Remaining Appellees.

March 19, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

2